IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATSY FERCHO, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, JENNY L. NELSON, <br><br> Defendants. | CV 18-86-BLG-SPW-TJC <br><br> **ORDER** |

Plaintiff has filed an Emergency Motion for Leave to File an Amended Complaint. (Doc. 21.) Plaintiff indicates Defendant United States does not oppose the motion, but Defendant Nelson objects to it. In light of the time sensitive nature of Plaintiff's request, IT IS HEREBY ORDERED that if Defendant Nelson wishes to oppose the motion, any opposition shall be filed by **November 19, 2018**.

IT IS ORDERED.

DATED this 16th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge