IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATSY FERCHO,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>JENNY L. NELSON,<br><br>            Defendants. | CV 18-86-BLG-SPW-TJC<br><br>**ORDER** |

Currently pending before the Court is Defendant Jenny L. Nelson's Motion to Dismiss. (Doc. 10.) On November 20, 2018, Plaintiff filed a Second Amended Complaint. (Doc. 28.) In light of filing of the Second Amended Complaint, Defendant Nelson's Motion to Dismiss is **DENIED without prejudice as moot**.

**IT IS ORDERED**.

DATED this 27th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge