## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

PATSY FERCHO, ALLEN FERCHO,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,
JENNY L. NELSON, OLIVIA RIEGER,
ERIC BARNOSKY, DONOVAN WIND,

Defendants.

CV 18–86–BLG–SPW–TJC

ORDER

**FILED**

APR 1 5 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IT IS ORDERED that this case is reassigned to Chief United States District

Judge Dana L. Christensen with referral to United States Magistrate Judge

Timothy J. Cavan pursuant to 28 U.S.C. § 636(b)(1).

DATED this 15th day of April, 2019.

Dana L. Christensen, Chief District Judge
United States District Court