IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATSY FERCHO, ALLEN FERCHO,<br><br>Plaintiffs,<br><br>vs.<br><br>JENNY L. NELSON, OLIVIA RIEGER, ERIC BARNOSKY<br><br>Defendants. | CV 18–186–BLG–DLC–TJC<br><br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 143.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties have stipulated to the dismissal of the above-captioned matter with prejudice, with each party bearing its own costs and fees. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending deadlines and the jury trial currently scheduled for May 24, 2021 are VACATED and all pending motions are DENIED as moot.

The Clerk of Court is directed to close the case file.

1

DATED this 18th day of December, 2020.

_____

Dana L. Christensen, District Judge
United States District Court